Ronald S. Kravitz (SBN 129704)
Kolin C. Tang (SBN 279834)
Shepherd, Finkelman, Miller
 & Shah, LLP
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rkravitz@sfmslaw.com
       ktang@sfmslaw.com

*Attorneys for Plaintiff and the Plan*

[Additional Counsel Listed On Signature Page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KARLA TERRAZA, Individually and On Behalf of the SAFEWAY 401(K) PLAN,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC., BENEFIT PLANS COMMITTEE SAFEWAY INC., and DOES NO. 1-10, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No. 16-cv-03994<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Pursuant to Federal Rules of Civil Procedure 15(a), and Local Rule 6-2, Plaintiff, MARLA KARLA TERRAZA ("Plaintiff"), and Defendants, SAFEWAY INC. and BENEFIT PLANS COMMITTEE SAFEWAY INC. (collectively, "Defendants"), hereby stipulate, by and through their respective counsel, to extend the time by which Plaintiff shall be permitted to file an Amended Complaint and for the date of the Initial Case Management Conference and, in support thereof, state as follows:

1.   Plaintiff filed the Complaint in this action on or about July 14, 2016 and Defendants were served with the Complaint and Summons on or around August 23, 2016. The parties subsequently stipulated to extend the time for Defendants to answer or otherwise plead in response to the Complaint for a period of thirty (30) days and until October 17, 2016.

2. On October 17, 2016, Defendants filed a Motion to Dismiss the Complaint and Motion to Strike Plaintiff's Jury Demand with a hearing date set for December 1, 2016.

3. Plaintiff's Response to the Motion to Dismiss and Motion to Strike would normally be due on October 31, 2016 but Plaintiff has advised Defendants that, instead of opposing the Motion to Dismiss and Motion to Strike, it intends to amend the Complaint as of right pursuant to Fed.R.Civ.P. 15(a), which amendment would otherwise be due on November 7, 2016.

4. Defendants agree that, under such circumstances and in the interests of judicial economy, Plaintiff need not oppose the Motion to Dismiss and Motion to Strike and, pursuant to Fed.R.Civ.P. 15(a), Defendants have agreed to extend the time for Plaintiff to file an Amended Complaint until November 18, 2016.

5. Plaintiff and Defendants also have agreed that Defendants should be provided with thirty (30) days to answer or otherwise plead in response to the Amended Complaint and that any such response will be due on December 19, 2016.

6. The Initial Case Management Conference is currently scheduled for November 16, 2016.

7. The parties agree that the Initial Case Management Conference should be held after Plaintiff files her Amended Complaint and Defendants respond to the Amended Complaint to ensure that the Initial Case Management Conference is as productive as possible.

8. As a result, the parties agree that the Initial Case Management Conference should be held on December 21, 2016, with the Case Management Statement due on December 12, 2016.

9. Although this extension will alter a date set by Court Order, it is the first request for extension of its kind in this case and the extension will defer the Initial Case Management Conference for a period of thirty-five (35) days.

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree as follows:

1. Plaintiff shall file her Amended Complaint on or before November 18, 2016.

2. Plaintiff need not respond to Defendants' Motion to Dismiss or Motion to Strike, which will be obviated by the Amended Complaint.

3. The hearing on Defendant's Motion to Dismiss and Motion to Strike set for December 1, 2016 should be taken off calendar.

4. The parties shall submit their Initial Case Management Statement on or before December 12, 2016.

5. Defendants shall answer or otherwise plead in response to the Amended Complaint on or before December 19, 2016.

6. The Initial Case Management Conference shall be held on December 21, 2016, at 2:00 p.m.

Dated: October 28, 2016                     Respectfully submitted,

                                                  SHEPHERD, FINKELMAN, MILLER
                                                    & SHAH, LLP

                                                /s/ Kolin C. Tang
                                                Ronald S. Kravitz
                                                Kolin C. Tang
                                                Shepherd Finkelman Miller
                                                 & Shah, LLP
                                                One California Street, Suite 900
                                                San Francisco, CA 94111
                                                Telephone: (415) 429-5272
                                                Facsimile: (866) 300-7367
                                                Email: rkravitz@sfmslaw.com
                                                          ktang@sfmslaw.com

                                                James E. Miller
                                                Laurie Rubinow
                                                Shepherd Finkelman Miller
                                                 & Shah, LLP
                                                65 Main Street
                                                Chester, CT 06412
                                                Telephone: (860) 526-1100
                                                Facsimile: (866) 300-7367
                                                Email: jmiller@sfmslaw.com
                                                          lrubinow@sfmslaw.com

|   |   |
|---|---|
| 1 | Nathan Zipperian |
| 2 | Shepherd Finkelman Miller & Shah, LLP |
| 3 | 1625 N. Commerce Pkwy, Suite 320 Fort Lauderdale, FL 33326 |
| 4 | Telephone: (954) 515-0123 Facsimile: (866) 300-7367 |
|   | Email: nzipperian@sfmslaw.com |

Sahag Majarian
Law Offices of Sahag Majarian
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

*Attorneys for Plaintiff and the Plan*

Dated: October 28, 2016

/s/ R. Bradford Huss
R. Bradford Huss
Angel L. Garrett
Dylan D. Rudolph
TRUCKER ✦ HUSS
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
        agarrett@truckerhuss.com
        drudolph@truckerhuss.com

**Attorneys for Defendants**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: November 1, 2016

_____
Jon S. Tigar, J.

-4-