1  Ronald S. Kravitz (SBN 129704)
   Kolin C. Tang (SBN 279834)
2  SHEPHERD FINKELMAN MILLER
     & SHAH, LLP
3  44 Montgomery Street, Suite 650
   San Francisco, CA 94104
4  Telephone: (415) 429-5272
   Facsimile:  (866) 300-7367
5  Email: rkravitz@sfmslaw.com
          ktang@sfmslaw.com
6
   *Attorneys for Plaintiff and the Plan*
7
   [Additional Counsel Listed On Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA KARLA TERRAZA, Individually and On Behalf of the SAFEWAY 401(K) PLAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAFEWAY INC., BENEFIT PLANS COMMITTEE SAFEWAY INC. n/k/a ALBERTSONS COMPANIES RETIREMENT BENEFITS PLANS COMMITTEE, PETER J. BOCIAN, DAVID F. BOND, MICHAEL J. BOYLAN, ROBERT B. DIMOND, LAURA A. DONALD, DENNIS J. DUNNE, ROBERT L. EDWARDS, BRADLEY S. FOX, BERNARD L. HARDY, RUSSELL M. JACKSON, PEGGY JONES, SUZ-ANN KIRBY, ROBERT LARSON, MELISSA C. PLAISANCE, PAUL ROWAN, ANDREW SCOGGIN, and AON HEWITT INVESTMENT CONSULTING, INC.,<br><br>        Defendants. | CASE NO. 3:16-cv-03994-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT AON HEWITT INVESTMENT CONSULTING, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND TO CONTINUE HEARING DATE** |

Plaintiff, Maria Karla Terraza ("Plaintiff"), individually and on behalf of the Safeway 401(k) Plan, and Defendant, Aon Hewitt Investment Consulting, Inc. ("Aon"), by and through their respective counsel, hereby consent and stipulate as follows:

WHEREAS, Plaintiff filed the initial Complaint on July 14, 2016 [Dkt. No. 1];

WHEREAS, Plaintiff filed the operative Second Amended Complaint ("SAC") on March 31, 2017 [Dkt. No. 72], adding Aon as a defendant;

WHEREAS, pursuant to the parties' stipulation on June 2, 2017 [Dkt No. 80], the parties agreed to extend the date for Aon's response to the SAC to June 22, 2017;

WHEREAS, Aon filed its Motion to Dismiss Second Amended Complaint on June 22, 2017 [Dkt. No. 83] ("Motion to Dismiss"), with a hearing date noticed for August 24, 2017, at 2:00 p.m. before the Honorable Jon S. Tigar;

WHEREAS, Plaintiff's response to Aon's Motion to Dismiss is currently due July 6, 2017 and Aon's reply is due July 13, 2017;

WHEREAS, the parties have agreed on the following briefing schedule for Aon's Motion to Dismiss and to request the Court to continue the hearing date from August 24, 2017 to September 7, 2017 due to a pre-existing conflict on the part of Plaintiff's counsel;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiff shall file her opposition to Aon's Motion to Dismiss by August 3, 2017;
2. Aon shall file its reply in support of its Motion to Dismiss by August 24, 2017;
3. The hearing date on the Motion to Dismiss shall be continued to ~~September 7,~~ September 12, 2017.

In accordance with Civil L.R. 5-1(i), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.

**IT IS SO STIPULATED:**

Dated: July 5, 2017                    Respectfully submitted,

                                       SHEPHERD, FINKELMAN, MILLER
                                         & SHAH, LLP

                                       /s/Kolin C. Tang
                                       Ronald S. Kravitz
                                       Kolin C. Tang
                                       Shepherd Finkelman Miller
                                        & Shah, LLP
                                       44 Montgomery Street, Suite 650
                                       San Francisco, CA 94104
                                       Telephone: (415) 429-5272
                                       Facsimile: (866) 300-7367
                                       Email: rkravitz@sfmslaw.com
                                              ktang@sfmslaw.com

                                       James E. Miller
                                       Laurie Rubinow
                                       Shepherd Finkelman Miller
                                        & Shah, LLP
                                       65 Main Street
                                       Chester, CT 06412
                                       Telephone: (860) 526-1100
                                       Facsimile: (866) 300-7367
                                       Email: jmiller@sfmslaw.com
                                              lrubinow@sfmslaw.com

                                       Nathan Zipperian
                                       Shepherd Finkelman Miller
                                        & Shah, LLP
                                       1625 N. Commerce Pkwy, Suite 320
                                       Fort Lauderdale, FL 33326
                                       Telephone: (954) 515-0123
                                       Facsimile: (866) 300-7367
                                       Email: nzipperian@sfmslaw.com

                                       Monique Olivier
                                       DUCKWORTH PETERS LEBOWITZ
                                        OLIVIER LLP
                                       100 Bush Street, Suite 1800
                                       San Francisco, CA 94104
                                       Telephone: (415) 433-0333
                                       Facsimile: (415) 449-6556
                                       Email: monique@dplolaw.com

                                       Sahag Majarian
                                       Law Offices of Sahag Majarian
                                       18250 Ventura Blvd.
                                       Tarzana, CA 91356
                                       Telephone: (818) 609-0807
                                       Facsimile: (818) 609-0892
                                       Email: sahagii@aol.com

|   |   |   |
|---|---|---|
| | | ***Attorneys for Plaintiff and the Plan*** |
| Dated: July 5, 2017 | | /s/Randall W. Edwards |
| | | Brian Boyle |
| | | Randall W. Edwards |
| | | O'MELVENY & MYERS LLP |
| | | Two Embarcadero Center |
| | | 28th Floor |
| | | San Francisco, CA 94111-3823 |
| | | Telephone: (415) 984-8700 |
| | | Facsimile: (415) 984-8701 |
| | | E-mail: bboyle@omm.com |
| | | redwards@omm.com |

***Attorneys for Defendant,
Aon Hewitt Investment Consulting, Inc.***

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: \_\_\_\_July 5\_\_\_\_, 2017      _____/s/ Jon S. Tigar_____
                                                       Jon S. Tigar,