1  Ronald S. Kravitz (SBN 129704)
   Kolin C. Tang (SBN 279834)
2  SHEPHERD FINKELMAN MILLER
     & SHAH, LLP
3  44 Montgomery Street, Suite 650
   San Francisco, CA 94104
4  Telephone: (415) 429-5272
   Facsimile:  (866) 300-7367
5  Email: rkravitz@sfmslaw.com
          ktang@sfmslaw.com
6
   *Attorneys for Plaintiff and the Plan*
7  [Additional Counsel Listed On Signature Page]

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | MARIA KARLA TERRAZA, Individually and On Behalf of the SAFEWAY 401(K) PLAN, | CASE NO. 3:16-cv-03994-JST |
| 11 | | **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO AON HEWITT INVESTMENT CONSULTING, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | SAFEWAY INC., BENEFIT PLANS COMMITTEE SAFEWAY INC. n/k/a ALBERTSONS COMPANIES RETIREMENT BENEFITS PLANS COMMITTEE, PETER J. BOCIAN, DAVID F. BOND, MICHAEL J. BOYLAN, ROBERT B. DIMOND, LAURA A. DONALD, DENNIS J. DUNNE, ROBERT L. EDWARDS, BRADLEY S. FOX, BERNARD L. HARDY, RUSSELL M. JACKSON, PEGGY JONES, SUZ-ANN KIRBY, ROBERT LARSON, MELISSA C. PLAISANCE, PAUL ROWAN, ANDREW SCOGGIN, and AON HEWITT INVESTMENT CONSULTING, INC., | |
| 23 | Defendants. | |

1       Plaintiff, Maria Karla Terraza ("Plaintiff"), individually and on behalf of the Safeway 401(k) Plan, and Defendant, Aon Hewitt Investment Consulting, Inc. ("Aon"), by and through their respective counsel, hereby consent and stipulate as follows:

      WHEREAS, Plaintiff filed the initial Complaint on July 14, 2016 [Dkt. No. 1];

      WHEREAS, Plaintiff filed the operative Second Amended Complaint ("SAC") on March 31, 2017 [Dkt. No. 72], adding Aon as a defendant;

      WHEREAS, Aon filed its Motion to Dismiss Second Amended Complaint on June 22, 2017 [Dkt. No. 83] ("Motion to Dismiss"), with a hearing date noticed for August 24, 2017, at 2:00 p.m. before the Honorable Jon S. Tigar;

      WHEREAS, pursuant to the parties' stipulation on July 5, 2017 and the Court's Order that same day, Plaintiff's response to Aon's Motion to Dismiss was extended from July 6, 2017 to August 3, 2017; Aon's reply was extended to August 24, 2017; and the hearing date was continued to September 12, 2017 [Dkt No. 87];

      WHEREAS, Plaintiff filed her Opposition to the Motion to Dismiss on August 3, 2017 [Dkt. No. 89];

      WHEREAS, Aon filed its Reply in support of the Motion to Dismiss on August 24, 2017 [Dkt. No. 90];

      WHEREAS, Aon's Reply in support of the Motion to Dismiss identified that Plaintiff's Opposition to the Motion to Dismiss had double-counted the expenses for some of the Plan's investment options;

      WHEREAS, Plaintiff's counsel seek to briefly acknowledge that oversight, apologize to the Court, and clarify the relevant argument in Plaintiff's Opposition to the Motion to Dismiss; and

      WHEREAS, counsel for Aon agreed that Aon would not oppose Plaintiff's request to file a Sur-Reply provided that Plaintiff limits the Sur-Reply to those points;

      IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

On or before September 5, 2017, Plaintiff may file a short Sur-Reply in the form of the attached Exhibit A to briefly address the double-counting error.

In accordance with Civil L.R. 5-1(i), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.

**IT IS SO STIPULATED:**

Dated: September 5, 2017

Respectfully submitted,

SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP

/s/Kolin C. Tang
Ronald S. Kravitz
Kolin C. Tang
Shepherd Finkelman Miller
 & Shah, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rkravitz@sfmslaw.com
       ktang@sfmslaw.com

James E. Miller
Laurie Rubinow
Shepherd Finkelman Miller
 & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
       lrubinow@sfmslaw.com

Nathan Zipperian
Shepherd Finkelman Miller
 & Shah, LLP
1625 N. Commerce Pkwy, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: nzipperian@sfmslaw.com

Monique Olivier
DUCKWORTH PETERS LEBOWITZ
 OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
Email: monique@dplolaw.com

Sahag Majarian
Law Offices of Sahag Majarian
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile:  (818) 609-0892
Email: sahagii@aol.com

***Attorneys for Plaintiff and the Plan***

Dated: September 5, 2017  /s/ Randall W. Edwards
Brian Boyle
Randall W. Edwards
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-mail: bboyle@omm.com
        redwards@omm.com

***Attorneys for Defendant,
Aon Hewitt Investment Consulting, Inc.***

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

Dated: September 5, 2017

_____
The Honorable Jon S. Tigar, J.