| | |
|---|---|
| SHEPHERD FINKELMAN MILLER & SHAH, LLP<br>Ronald S. Kravitz (SBN 129704)<br>Kolin C. Tang (SBN 279834)<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Tel.: (415) 429-5272<br>Fax: (866) 300-7367<br>E-Mail: rkravitz@sfmslaw.com<br>        ktang@sfmslaw.com<br><br>OLIVIER SCHREIBER & CHAO, LLP<br>Monique Olivier (SBN 190385)<br>Katharine Chao (SBN 247571)<br>201 Filbert Street, Suite 201<br>San Francisco, CA 94133<br>Telephone: (415) 484-0980<br>E-Mail: monique@osclegal.com<br>       Kathy@osclegal.com<br><br>**Attorneys for Plaintiff and the Plan** | TRUCKER ✦ HUSS<br>R. Bradford Huss (SBN 71303)<br>Angel L. Garrett (SBN 255682)<br>Dylan D. Rudolph (SBN 278707)<br>One Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Tel: (415) 788-3111<br>Fax: (415) 421-2017<br>Email: bhuss@truckerhuss.com<br>      agarrett@truckerhuss.com<br>      drudolph@truckerhuss.com<br><br>Joseph C. Faucher, (SBN 137353)<br>633 W. 5th Street, 28th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 537-1016<br>Facsimile: (213) 537-1020<br>E-mail: jfaucher@truckerhuss.com<br><br>**Attorneys for Defendants**<br>SAFEWAY INC. and SAFEWAY BENEFIT PLANS COMMITTEE<br><br>O'MELVENY & MYERS LLP<br>Brian D. Boyle (CSB 126576)<br>Randall W. Edwards (CSB 179053)<br>Adam Kaplan (CSB 298077)<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Tel: (415) 984-8700<br>Fax: (415) 984-9701<br>Email: bboyle@omm.com<br>      redwards@omm.com<br><br>**Attorneys for Defendant Aon Hewitt Investment Consulting, Inc.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MARIA KARLA TERRAZA, individually and on behalf of the SAFEWAY 401(k) Plan,<br><br>          Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., BENEFIT PLANS COMMITTEE SAFEWAY INC., and DOES 1 to 100 inclusive,<br><br>          Defendants. | Case No. 3:16-cv-03994-JST<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIVE MOTIONS; [PROPOSED] ORDER**<br><br>Assigned to Hon. Jon S. Tigar |

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIVE MOTIONS; [PROPOSED] ORDER
CASE NO. 3:16-CV-03994-JST
175756.v3

1

Plaintiff, Maria Karla Terraza, and Defendants Safeway Inc. ("Safeway"), the Benefit Plans Committee Safeway Inc. n/k/a Albertsons Companies Retirement Benefit Plans Committee ("Benefit Plans Committee"), Peter J. Bocian, David F. Bond, Michael J. Boylan, Robert B. Dimond, Laura A. Donald, Dennis J. Dunne, Robert L. Edwards, Bradley S. Fox, Bernard L. Hardy, Russell M. Jackson, Peggy Jones, Suz-Ann Kirby, Robert Larson, Melissa C. Plaisance, Paul Rowan and Andrew J. Scoggin (the "Safeway Defendants"), as well as Defendant Aon Hewitt Investment Consulting, Inc. ("Aon" and, collectively with the Safeway Defendants, "Defendants"), through their counsel, hereby stipulate and agree that:

WHEREAS, Plaintiff filed a complaint against Safeway Inc. and the Benefits Plans Committee Safeway Inc. on July 14, 2016;

WHEREAS, Plaintiff filed an Amended Complaint on November 18, 2016 (Docket No. 37);

WHEREAS, Plaintiff filed a Second Amended Complaint on March 31, 2017 (Docket No. 72);

WHEREAS, Aon filed a motion to dismiss the Second Amended Complaint on June 22, 2017 (Docket No. 83);

WHEREAS, the Court entered an order granting in part and denying in part Aon's motion on December 11, 2017 (Docket No. 109);

WHEREAS, the Parties Stipulated to Continue Case Deadlines, and this Court has entered orders continuing case deadlines on November 30, 2017 (Dkt. 108), February 20, 2018 (Dkt. 119), and April 27, 2018 (Dkt. 130);

WHEREAS, the Parties have exchanged initial disclosures, engaged in written discovery and exchange of documents, and taken 21 fact witness depositions;

WHEREAS, the Parties are in the expert discovery phase of this litigation and in the process of preparing and taking depositions of seven expert witnesses on or before the current deadline to complete expert witness on June 20, 1018;

WHEREAS, although the Parties have been working diligently and cooperatively in the discovery process and in preparing this case for trial, the Parties believe that their most recent stipulation (Dkt. 130), which the Court entered prior to the deadline for expert disclosures, does not

provide adequate time to complete expert discovery and file a dispositive motion. The current schedule only provides seven days between the deadline to complete expert discovery and the deadline to file a dispositive motion. The Parties therefore respectfully request that the Court continue the deadline for filing dispositive motions from June 28, 2018 to July 6, 2018 with the opposition due on July 20, 2018, reply due on July 26, 2018, and the hearing on August 9, 2018;[1]

WHEREAS, the Parties have previously made three requests to extend the deadlines for completing discovery and filing dispositive motions, and the pretrial and trial dates (Dkts. 108, 119, and 130);

WHEREAS, the Parties do not propose any change in the trial schedule or the remainder of the pretrial schedule;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to continue the deadline to file dispositive motions from June 28, 2018 to July 6, 2018 with the opposition due on July 20, 2018, reply due on July 26, 2018, and the hearing on August 9, 2018.

IT IS SO STIPULATED.

DATED: June 19, 2018            TRUCKER ✦ HUSS

                                By: /s/R. Bradford Huss
                                    R. Bradford Huss
                                    Attorneys for Defendants
                                    SAFEWAY INC. and SAFEWAY BENEFIT
                                    PLANS COMMITTEE

Dated: June 19, 2018            O'MELVENY & MYERS LLP

                                By: /s/Randall W. Edwards
                                    Randall W. Edwards
                                    Attorneys for Defendant
                                    AON HEWITT INVESTMENT CONSULTING, INC.

---

[1] Counsel for the Parties have also met and conferred with counsel for Plaintiff in the *Lorenz* matter, and anticipate submitting a stipulation in that case proposing an identical modification of the schedule in that case.

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

Dated: June 19, 2018                     SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By: /s/James E. Miller
  James E. Miller
  Attorneys for Plaintiff
  MARIA KARLA TERRAZA, individually and on behalf of the SAFEWAY 401(K) PLAN

I attest that my firm has obtained concurrence in the filing of this document from James E. Miller and Randall W. Edwards.

DATED: June 19, 2018

TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
  R. Bradford Huss
  Attorneys for Defendants
  SAFEWAY INC. and BENEFIT PLANS COMMITTEE SAFEWAY INC.

### [~~PROPOSED~~] ORDER

Good cause exists for an order continuing the deadline to file dispositive motions from June 28, 2018 to July 6, 2018 with the opposition due on July 20, 2018, reply due on July 26, 2018, and the hearing on August 16, 2018, if the Court determines that oral argument is appropriate.

DATED: June 22, 2018

Hon. Jon S. Tigar
Judge of the United States District Court

4

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIVE MOTIONS; [~~PROPOSED~~] ORDER
CASE NO. 3:16-CV-03994-JST
175756.v3