R. Bradford Huss, No. 71303
Angel L. Garrett, No. 255682
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
agarrett@truckerhuss.com
drudolph@truckerhuss.com

Joseph C. Faucher, No. 137353
TRUCKER ✦ HUSS
A Professional Corporation
15821 Ventura Blvd., Suite 510
Los Angeles, California 91463
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com

Attorneys for Defendants
THE SAFEWAY DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| MARIA KARLA TERRAZA, individually and on behalf of the SAFEWAY 401(k) Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., et al.,<br><br>Defendants. | Related Cases:<br>No. 3:16-cv-03994-JST<br>No. 3:16-cv-04903-JST<br><br>**NOTICE OF SETTLEMENT AS TO THE SAFEWAY DEFENDANTS; STIPULATION AND [PROPOSED] ORDER TO STAY TRIAL DEADLINES AS TO THE SAFEWAY DEFENDANTS**<br><br>Judge: Hon. Jon S. Tigar<br>Trial Date: May 7, 2019 |
| DENNIS M. LORENZ, on behalf of the Safeway 401(k) Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., et al.,<br><br>Defendants. | |

NOTICE OF SETTLEMENT AS TO SAFEWAY DEFENDANTS AND STIPULATION TO STAY AS TO SAFEWAY DEFENDANTS; Case Nos. 3:16-cv-03994-JST; 3:16-cv-04903-JST

1

## NOTICE OF SETTLEMENT AND STIPULATION TO STAY

Pursuant to Northern District Civil Local Rules 6-1, 6-2, 7-12, and 40-1, Plaintiffs Maria Karla Terraza ("Terraza") and Dennis M. Lorenz ("Lorenz") (Terraza and Lorenz are collectively referred to as "Plaintiffs"), and Defendants Safeway Inc., the Safeway Benefit Plans Committee, Peter J. Bocian, David F. Bond, Michael J. Boylan, Robert B. Dimond, Laura A. Donald, Dennis J. Dunne, Robert L. Edwards, Bradley S. Fox, Bernard L. Hardy, Russell M. Jackson, Peggy Jones, Suz-Ann Kirby, Robert Larson, Melissa C. Plaisance, Paul Rowan, and Andrew J. Scoggin (collectively, the "Safeway Defendants") (Plaintiffs and the Safeway Defendants are collectively referred to as the "Settling Parties") file this Notice of Settlement as to the Safeway Defendants and Stipulation to Stay All Trial Deadlines as to the Safeway Defendants[1] in the above-captioned lawsuits for ninety (90) days as follows:

WHEREAS, the Settling Parties have reached an agreement in principle to settle the above-captioned lawsuits;

WHEREAS, the Settling Parties will jointly stipulate for leave to allow Plaintiffs to amend their operative complaints to assert class action allegations against the Safeway Defendants under Federal Rule of Civil Procedure 23;

WHEREAS, Plaintiffs will move, and the Safeway Defendants will not oppose Plaintiffs' motion to certify the class;

WHEREAS, Plaintiffs anticipate needing 90 days to file and have heard a motion for preliminary approval of the class action settlement;

WHEREAS, trial in the above-captioned lawsuits is currently set for May 7, 2019;

WHEREAS, the Settling Parties have conferred and agreed, subject to the Court's approval, to stay the current trial deadlines as to the Safeway Defendants for 90 days;

WHEREAS, staying the current trial deadlines would avoid unnecessary expenses and fees while the Settling Parties finalize their settlement, Plaintiffs seek leave to amend their operative complaints to assert class action allegations against the Safeway Defendants, and Plaintiffs prepare

---

[1] Defendant Aon Hewitt Investment Consulting Inc. remains an active defendant in the Terraza lawsuit and is not a party to the subject settlement in principle.

2

NOTICE OF SETTLEMENT AS TO SAFEWAY DEFENDANTS AND STIPULATION TO STAY AS TO SAFEWAY DEFENDANTS; Case Nos. 3:16-cv-03994-JST; 3:16-cv-04903-JST

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

1  a motion for preliminary approval of the class action settlement;

2  NOW, THEREFORE, by and through the undersigned counsel, the Settling Parties stipulate and agree, subject to the Court's approval, that all current trial deadlines should be stayed for 90 days as to the Safeway Defendants only.

IT IS SO STIPULATED.

DATED: April 23, 2019                         TRUCKER ✦ HUSS, APC

By: /s/ R. Bradford Huss
R. Bradford Huss
Joseph C. Faucher
Angel L. Garrett
Dylan D. Rudolph
Attorneys for the
SAFEWAY DEFENDANTS

DATED: April 23, 2019                         SHEPHERD FINKELMAN MILLER & SHAH, LLP

By: /s/ James E. Miller
James E. Miller
Laurie Rubinow
Attorneys for Plaintiff
MARIA KARLA TERRAZA

DATED: April 23, 2019                         SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP

By: /s/ James A. Bloom
Todd M. Schneider
Jason H. Kim
James A. Bloom
Attorneys for Plaintiff
DENNIS M. LORENZ

I attest that my firm has obtained concurrence in the filing of this document from James E. Miller and James A. Bloom.

DATED:  April 23, 2019                        TRUCKER ✦ HUSS, APC

By: /s/ R. Bradford Huss
R. Bradford Huss
Attorneys for the
SAFEWAY DEFENDANTS

**[PROPOSED] ORDER**

Pursuant to the Settling Parties' Notice of Settlement as to the Safeway Defendants and Stipulation to Stay All Trial Deadlines as to the Safeway Defendants, and for good cause shown, the Court will stay all trial deadlines as to the Safeway Defendants only for ninety (90) days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 26, 2019

Hon. Jon S. Tigar
Judge of the United States District Court

4

NOTICE OF SETTLEMENT AS TO SAFEWAY DEFENDANTS AND STIPULATION TO STAY AS TO SAFEWAY DEFENDANTS; Case Nos. 3:16-cv-03994-JST; 3:16-cv-04903-JST