Chiharu Sekino (SBN 306589)
Jaclyn Reinhart (SBN 317622)
SHEPHERD FINKELMAN MILLER
 & SHAH, LLP
1230 Columbia St., Ste. 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: csekino@sfmslaw.com
        jreinhart@sfmslaw.com

*Attorneys for Plaintiff, the Plan,
and the Class*

[Additional Counsel Listed On Signature Page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| MARIA KARLA TERRAZA, individually and on behalf of the SAFEWAY 401(k) Plan,<br><br>     Plaintiff,<br><br>  vs.<br><br>SAFEWAY INC., et al.,<br><br>     Defendants. | Case No. 3:16-cv-03994-JST<br><br>**NOTICE OF ERRATA RE EXHIBIT 1 OF DECLARATION OF CHIHARU G. SEKINO IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF CLASS NOTICE**<br><br>Date: October 30, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Jon Tigar |

TO THE HONORABLE JON S. TIGAR, PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 13, 2019, Plaintiff Maria Karla Terraza ("Plaintiff") filed with the Court a Declaration of Chiharu G. Sekino in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Class Notice ("Sekino Decl.") with Exhibits 1-4 (Dkt. 259-1).  Within Exhibit 1 of the Sekino Decl. (Dkt. 259-2), there were 4 Exhibits:

Exhibit A – [Proposed] Final Approval Order;
Exhibit B-1 – [Proposed] Long Form Notice;
Exhibit B-2 – [Proposed] Summary Notice;
Exhibit C – [Proposed] Plan of Allocation; and
Exhibit D – [Proposed] Preliminary Approval Order.

Plaintiff inadvertently attached a draft version of **Exhibit B-2 (the [Proposed] Summary Notice)** to Exhibit 1 of the Sekino Decl., rather than the final version of Exhibit B-2.  *See* pp. 52-55 of Dkt. 259-2.  Accordingly, the corrected Exhibit 1 (with the corrected Exhibit B-2) to the Sekino Decl. is attached hereto as Exhibit A.

Dated: September 16, 2019

*/s/ Chiharu Sekino*
Chiharu Sekino
Jaclyn Reinhart
SHEPHERD FINKELMAN MILLER
 & SHAH, LLP
1230 Columbia St., Ste 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: csekino@sfmslaw.com
          jreinhart@sfmslaw.com

James E. Miller
Laurie Rubinow
SHEPHERD FINKELMAN MILLER
 & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
          lrubinow@sfmslaw.com

Ronald S. Kravitz
Kolin C. Tang
SHEPHERD FINKELMAN MILLER

& SHAH, LLP
201 Filbert Street | Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rkravitz@sfmslaw.com
       ktang@sfmslaw.com

James C. Shah
Michael P. Ols
SHEPHERD FINKELMAN MILLER
 & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com
       mols@sfmslaw.com

Monique Olivier
Katharine Chao
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street | Suite 201
San Francisco, CA 94133
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
Email: monique@osclegal.com
       kathy@osclegal.com

Sahag Majarian
LAW OFFICES OF SAHAG MAJARIAN
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

*Attorneys for Plaintiff, the Plan, and the Class*

1

## <u>CERTIFICATE OF SERVICE</u>

2

     I hereby certify that on September 16, 2019, I caused the foregoing to be electronically

3

filed with the Clerk of Court using the CM/ECF system, which will send notification to all

4

counsel of record.

5

                    /s/ Chiharu Sekino

6

                    Chiharu Sekino
                    Shepherd Finkelman Miller

7

                     & Shah, LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA RE EXHIBIT 1 OF DECLARATION OF CHIHARU G. SEKINO IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF CLASS NOTICE
CASE NO: 3:16-CV-03994 JST       -4-