UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KARLA TERRAZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-03994-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 277 |

Pursuant to the Order Granting Motion for Final Approval of Class Action Settlement; Granting Motion for Attorney's Fees; Granting Motion for Incentive Awards signed July 19, 2021, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 19, 2021

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR